UST-32, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| ARISTOCRAFT CUSTOM SCREEN PRINTING, | ) | Case No. 09-00349-PHX CGC |
|  | ) | APPLICATION FOR ORDER FOR |
|  | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 105 | 12-20-10 | LADCO LEASING<br>555 SAINT CHARLES DRIVE<br>SUITE 200<br>THOUSAND OAKS, CA 91360-3985 | $9.24 |
| 106 | 12-20-10 | ALPHA SHIRT COMPANY<br>6 NESHAMINY INTERPLEX<br>6TH FLOOR<br>FEASTERVILLE TREVOSE, PA 19053-6964 | $101.92 |

The Trustee asks that an order be entered pursuant to ∋347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $111.16 to the Clerk of the Court to be deposited in the Registry thereof.

| April 11, 2011 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |